UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| KAPTAN DEMIR ÇELIK ENDÜSTRISI VE TICARET A.Ş.,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant. | **SUMMONS**<br>**25-cv-225** |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

1. Kaptan Demir Çelik Endüstrisi ve Ticaret A.Ş., foreign producer and exporter, is an interested party under 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(A), that participated in the underlying proceeding, and thus has standing under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiff)

2. Plaintiff challenges aspects of the Department of Commerce's decision in *Steel Concrete Reinforcing Bar from the Republic of Türkiye: Final Results of Countervailing Duty Administrative Review; 2022,* 90 Fed. Reg. 44,167 (Sept. 12, 2025). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and (B)(iii).

   (Brief description of contested determination)

3. September 8, 2025 (signature date)

   (Date of determination)

4.  September 12, 2025 (90 Fed. Reg. 44,167)
_____
(If applicable, date of publication in Federal Register of notice of contested determination)

        David L. Simon
        Law Offices of David L. Simon, PLLC
        1025 Connecticut Avenue, NW, Suite 1000
        Washington, DC 20036
        Tel. (202)236-2417
        Email: dlsimon@dlsimon.com

        Name, Address, Telephone Number
        and E-mail Address of Plaintiff's Attorney

 /s/ David L. Simon_____
Signature of Plaintiff's Attorney

 October 10, 2025_____
Date


**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

Office of the Chief Counsel
Trade Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Avenue NW
Washington, D.C. 20230

John R. Shane, Esq.
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036

Leah Scarpelli, Esq.
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006

Cagri Arici
Embassy of Turkey
2525 Massachusetts Avenue
NW Washington DC 20008

Atilla Ugur Basbug
Government of the Republic of Türkiye
Ministry of Trade
Sögütözü Mah. Nizami Gencevi Cad. 63/1 06530
Çankaya/Ankara, Türkiye