Form 24-1

UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 24

**Before: Hon. Gary S. Katzmann**

| | |
|---|---|
| KAPTAN DEMIR ÇELIK ENDÜSTRISI VE TICARET A.Ş., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES <br><br> Defendant. | Court No.: 25-cv-225 |

**ORDER FOR STATUTORY INJUNCTION UPON CONSENT**

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below:

<u>David L. Simon</u> certifies that he has conferred by e-mail with all other
[NAME OF PARTY'S COUNSEL]

parties to the action, including Claudia Burke, Esq., counsel to the United States, Jessica R. DiPietro, Esq., ArentFox Schiff LLP, on behalf of proposed plaintiff-intervenors Colakoglu Metalurji A.S. and Colakoglu Dis Ticaret A.S. (Çolakoğlu), and Stephen A. Morrison, Esq., Wiley Rein LLP, on behalf of proposed defendant-intervenor Rebar Trade Action Coalition (RTAC), on November 6, 2025. Counsel for Kaptan received a response from the Department of Justice stating that Defendant cannot take a position on the motion because it is unable to consult with its client agency, the Department of Commerce, until funding resumes; counsel for Çolakoğlu and RTAC conveyed their consent to the contents of this form.

Respectfully submitted,

By: <u>David L. Simon</u>

Form 24-2

Attorney for <u>Kaptan Demir Çelik Endüstrisi ve Ticaret A.Ş</u>.
[NAME OF PARTY]
[(Insert name of firm, address & telephone number)]

David L. Simon
LAW OFFICES OF DAVID L. SIMON
1025 Connecticut Ave., N.W., Ste.1000
Washington, D.C. 20036
(202)236-2417

Form 24-3

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

steel concrete reinforcing bar                             ;
*[insert Product]*

From Republic of Turkiye                                   ;
*[insert Country]*

(1) That were: (Add additional lines as needed)

☐ produced by _____
   *[Company Name]*
☐ exported by _____
   *[Company Name]*
☐ produced by _____ and
   *[Company Name]*
   exported by _____
   *[Company Name]*
☐ produced and exported by _____
   *[Company Name]*
■ produced and/or exported by Kaptan Demir Celik Endustrisi ve Ticaret A.S.
   *[Company Name]*
☐ produced by _____ and
   *[Company Name]*
   imported by _____ ;
   *[Company Name]*

(2) That were the subject of the United States Department of Commerce's final determination in Steel Concrete Reinforcing Bar from the Republic of Türkiye, 90 Fed. Reg. 44,167 (September 12, 2025)

(3) That were entered, or withdrawn from warehouse, for consumption, during the period Jan. 1, 2022 through Dec. 31, 2022 ;
    *[Date]*                *[Date]*

Form 24-4

and it is further

    **ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

    **ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: _____              _____
        New York, New York                                                    Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019; Dec. 13, 2022, eff. Jan. 23, 2023.)