# UNITED STATES COURT OF INTERNATIONAL TRADE

KAPTAN DEMIR ÇELIK ENDÜSTRISI VE TICARET A.Ş.,

Plaintiff,

and

ÇOLAKOĞLU METALURJI A.Ş. and ÇOLAKOĞLU DIŞ TICARET A.Ş.,

Plaintiff-Intervenors,

v.

UNITED STATES,

Defendant,

and

REBAR TRADE ACTION COALITION,

Defendant-Intervenor.

Before: Gary S. Katzmann, Judge
Court No. 25-00225

## JUDGMENT

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now, in conformity with that opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Judgment on the Agency, May 4, 2026, ECF No. 43, is **DENIED**; and it is further

**ORDERED** that Plaintiff-Intervenors' Motion for Judgment on the Agency, May 11, 2026, ECF No. 44, is **DENIED**; and it is further

**ORDERED** that judgment be, and hereby is, entered for Defendant the United States.

**SO ORDERED.**

*/s/ Gary S. Katzmann*
Gary S. Katzmann, Judge

Dated: November 16, 2026
New York, New York